# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| Case No. | SACV 23-00255-FWS (JDEx): | Date | April 4, 2023 |
|---|---|---|---|
| Title | Lewis Scott Reid v. Costco Wholesale Corporation et al | | |

**PRESENT:** **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

  The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than **April 18, 2023**, why this action should not be dismissed for lack of prosecution for failure to file a *Joint* Report (FRCivP 26) as required by this court's Order Setting Rule 26(f) Scheduling Conference.   As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X  Filing of the parties' *Joint* Report (FRCivP 26) pursuant to the court's Order Setting Rule 26(f) Scheduling Conference

  No oral argument of this matter will be heard unless ordered by the Court.   The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

  The court CONTINUES the Scheduling Conference to **May 4, 2023, at 9:00 a.m.**

                                     ___   :   ___

                       Initials of Deputy Clerk  mku